United States District Court
for the District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 02-26 |
| Plaintiff | |
| v. | |
| | Order of Reassignment |
| FRANKLIN INFANTE | |
| Defendant | |

It is on this 18th day of June 2008,

O R D E R E D that the entitled action is reassigned

from Judge John W. Bissell to Judge Katharine S. Hayden.

S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court